# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Christopher R. | U.S. District Court for the District of Columbia | 09/26/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

333 Constitution Ave. NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | 1208 Broad Street LLC |
| 2. | Director | Christian Benevolent Funeral Home, Inc. |
| 3. | Trustee | St. Albans School |
| 4. | Director | Federal Judges Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Arnold & Porter (compensation) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Yale Law School | October 5-6, 2015 | New Haven, CT | Speech | Travel and hotel |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cooper, Christopher R. | 09/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Wells Fargo | Mortgage on Rental Property -- Washington DC | O |
| 2. | Private School #1 (Washington DC) | Child tuition | K |
| 3. | Private School #2 (Washington, DC) | Child tuition | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASG Diversified Stock Income Portfolio (Managed Acct) | | | | | | | | | |
| 2. -- 3M | A | Dividend | J | T | | | | | |
| 3. -- Aflac | A | Dividend | J | T | | | | | |
| 4. -- Air Products & Chemicals | A | Dividend | J | T | | | | | |
| 5. -- Analog Devices | A | Dividend | J | T | | | | | |
| 6. -- AT&T | A | Dividend | J | T | | | | | |
| 7. -- ADP | A | Dividend | J | T | | | | | |
| 8. -- Baxter | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 9. -- Becton Dickinson | A | Dividend | J | T | | | | | |
| 10. -- Blackrock | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 11. -- Chevron | A | Dividend | J | T | | | | | |
| 12. -- Chubb | A | Dividend | J | T | | | | | |
| 13. -- Clorox | A | Dividend | J | T | | | | | |
| 14. -- Colgate Palmolive | A | Dividend | J | T | | | | | |
| 15. -- Conoco Phillips | A | Dividend | J | T | | | | | |
| 16. -- Eaton Vance | A | Dividend | J | T | | | | | |
| 17. -- Emerson Electric | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Eversource Energy (formerly Northeast Utilities) | A | Dividend | J | T | | | | | |
| 19. -- ExxonMobil | A | Dividend | J | T | | | | | |
| 20. -- Factset Research Sys Inc. | A | Dividend | J | T | Sold (part) | 02/02/15 | J | A | |
| 21. -- General Dynamics | A | Dividend | J | T | | | | | |
| 22. -- General Mills | A | Dividend | J | T | | | | | |
| 23. -- Grainger | A | Dividend | J | T | | | | | |
| 24. -- Harris Corp. | A | Dividend | J | T | | | | | |
| 25. -- Illinois Tool Works | A | Dividend | J | T | | | | | |
| 26. -- IBM | A | Dividend | J | T | | | | | |
| 27. -- JM Smucker | A | Dividend | J | T | | | | | |
| 28. -- Johnson & Johnson | A | Dividend | J | T | | | | | |
| 29. -- Kellogg | A | Dividend | J | T | | | | | |
| 30. -- Lowes Companies | A | Dividend | J | T | | | | | |
| 31. -- McDonalds | A | Dividend | J | T | | | | | |
| 32. -- Medtronic | A | Dividend | J | T | Sold (part) | 01/27/15 | J | D | |
| 33. -- Microsoft | A | Dividend | J | T | | | | | |
| 34. -- Nextera Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Nordstrom | A | Dividend | J | T | | | | | |
| 36. -- Norfolk Southern | A | Dividend | J | T | | | | | |
| 37. -- Novartis | A | Dividend | J | T | | | | | |
| 38. -- Paychex Inc. | A | Dividend | J | T | | | | | |
| 39. -- PepsiCo | A | Dividend | J | T | | | | | |
| 40. -- Phillips 66 | A | Dividend | J | T | | | | | |
| 41. -- Polaris Indus. | A | Dividend | K | T | | | | | |
| 42. -- Praxair Inc. | A | Dividend | J | T | | | | | |
| 43. -- P&G | A | Dividend | J | T | | | | | |
| 44. -- Qualcom | A | Dividend | J | T | | | | | |
| 45. -- Scana Corp. | A | Dividend | J | T | | | | | |
| 46. -- Sigma Aldrich Corp. | A | Dividend | | | Sold | 11/18/15 | J | D | |
| 47. -- Southern Company | A | Dividend | J | T | | | | | |
| 48. -- Sysco Corp. | A | Dividend | J | T | | | | | |
| 49. -- Target | A | Dividend | J | T | | | | | |
| 50. -- United Technologies | A | Dividend | J | T | | | | | |
| 51. -- VF Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Wal-Mart | A | Dividend | J | T | | | | | |
| 53. -- Wisconsin Energy | A | Dividend | J | T | | | | | |
| 54. Kayne Anderson Small/Mid Cap Core (Managed Acct) | | | | | | | | | |
| 55. -- Ansys Inc. | | None | J | T | Sold (part) | 08/26/15 | J | B | |
| 56. -- Aspen Technology | | None | J | T | Buy | 04/10/15 | J | | |
| 57. -- Aspen Technology | | None | | | Buy (add'l) | 04/13/15 | J | | |
| 58. -- Bank of Hawaii | A | Dividend | J | T | | | | | |
| 59. -- Berkeley WR Corp | A | Dividend | J | T | Buy | 06/19/15 | J | | |
| 60. -- CDW Corp. | A | Dividend | J | T | | | | | |
| 61. -- Chuch & Dwight | A | Dividend | J | T | | | | | |
| 62. -- Clarcor | A | Dividend | | | Sold (part) | 01/15/15 | J | B | |
| 63. -- Clarcor | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 64. -- Cohen & Steers | A | Dividend | | | Sold | 06/24/15 | J | A | |
| 65. -- Cooper Cos | A | Dividend | J | T | Buy | 01/09/15 | J | | |
| 66. -- Cooper Cos | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 67. -- Copart | | None | | | Sold | 02/19/15 | J | C | |
| 68. -- Core Labs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- Donaldson Company | A | Dividend | | | Sold | 09/01/15 | J | A | |
| 70.  -- Dresser Rand Group | | None | | | Sold | 01/06/15 | J | D | |
| 71.  -- Equifax | A | Dividend | J | T | | | | | |
| 72.  -- Expeditors Intl. | A | Dividend | J | T | | | | | |
| 73.  -- Factset Research | A | Dividend | | | Sold (part) | 06/08/15 | J | B | |
| 74.  -- Factset Research | A | Dividend | | | Sold | 08/24/15 | J | B | |
| 75.  -- Fastenal | A | Dividend | J | T | Buy | 07/24/15 | J | | |
| 76.  -- Jack Henry & Assoc. | A | Dividend | J | T | | | | | |
| 77.  -- Landstar Systems | | None | J | T | | | | | |
| 78.  -- Livanova | | None | J | T | Buy | 10/19/15 | J | | |
| 79.  -- Monotype Holdings | A | Dividend | J | T | | | | | |
| 80.  -- MSC Industrial Dir. Co. | A | Dividend | | | Sold | 07/24/15 | J | A | |
| 81.  -- MSCI Inc. | A | Dividend | J | T | Sold (part) | 04/10/15 | J | B | |
| 82.  -- Nordson Corp. | A | Dividend | J | T | | | | | |
| 83.  -- Primerica | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 84.  -- Primerica | A | Dividend | J | T | Buy (add'l) | 08/26/15 | J | | |
| 85.  -- RBC Bearings | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Ross Stores | A | Dividend | J | T | | | | | |
| 87. -- Signature Bank NY | | None | J | T | | | | | |
| 88. -- Sirona Dental Systems | | None | | | Sold | 08/26/15 | J | C | |
| 89. -- Snap-On Inc | A | Dividend | J | T | | | | | |
| 90. -- Trip Advisor | | None | J | T | Buy | 08/26/15 | J | | |
| 91. -- Wabco Holdings | | None | J | T | | | | | |
| 92. -- Wolverine Worldwide | A | Dividend | | | Sold | 08/26/15 | J | B | |
| 93. -- Wolverine Worldwide | A | Dividend | | | Sold | 10/29/15 | J | A | |
| 94. -- Wynn Resorts | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 95. Amazon | | None | L | T | | | | | |
| 96. American Express | A | Dividend | K | T | | | | | |
| 97. Ameriprise | A | Dividend | J | T | | | | | |
| 98. BP | A | Dividend | J | T | | | | | |
| 99. Cisco | A | Dividend | K | T | | | | | |
| 100. Coke | A | Dividend | K | T | | | | | |
| 101. Eli Lilly | A | Dividend | J | T | | | | | |
| 102. F5 Networks | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. GE | A | Dividend | K | T | | | | | |
| 104. Intel | B | Dividend | L | T | | | | | |
| 105. IShares MSCI Brazil ETF | A | Dividend | J | T | | | | | |
| 106. IShares MSCI Emrg Mrkts ETF | A | Dividend | K | T | | | | | |
| 107. IShares MSCI Japan ETF | A | Dividend | K | T | | | | | |
| 108. IShares MSCI Korea ETF | A | Dividend | K | T | | | | | |
| 109. IShares MSCI Russell 2000 ETF | A | Dividend | L | T | | | | | |
| 110. IShares MSCI Russell MidCap ETF | A | Dividend | L | T | | | | | |
| 111. Microsoft | A | Dividend | K | T | | | | | |
| 112. Powershares QQQ Ser1 ETF | B | Dividend | L | T | | | | | |
| 113. Sarepta Therapeutics | | None | J | T | | | | | |
| 114. SPDR Barclay High Yeild Bond ETF | B | Dividend | K | T | | | | | |
| 115. SPDR Dow Jones Ind. ETF | A | Dividend | K | T | | | | | |
| 116. SPDR S&P 500 ETF | C | Dividend | O | T | Sold (part) | 01/27/15 | K | C | |
| 117. SPDR S&P 500 ETF | C | Dividend | O | T | Sold (part) | 02/24/15 | M | E | |
| 118. SPDR S&P 500 ETF | C | Dividend | O | T | Sold (part) | 04/29/15 | J | A | |
| 119. SPDR S&P 500 ETF | C | Dividend | O | T | Buy (add'l) | 06/01/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SPDR S&P 500 ETF | C | Dividend | O | T | Buy (add'l) | 07/06/15 | K | | |
| 121. SPDR S&P 500 ETF | C | Dividend | O | T | Sold (part) | 09/30/15 | J | B | |
| 122. SPDR S&P 500 ETF | C | Dividend | O | T | Sold (part) | 10/01/15 | K | C | |
| 123. SPDR S&P 500 ETF | C | Dividend | O | T | Buy (add'l) | 10/07/15 | K | | |
| 124. SPDR S&P 500 ETF | C | Dividend | O | T | Buy (add'l) | 11/10/15 | M | | |
| 125. Tesoro Corp | A | Dividend | K | T | | | | | |
| 126. Waste Management | A | Dividend | K | T | | | | | |
| 127. Walker & Dunlop | A | Dividend | K | T | | | | | |
| 128. AIM Liquid Assets Port. Fund | A | Dividend | L | T | | | | | |
| 129. Arrow Inv Tactical Cl. C Fund | A | Dividend | K | T | | | | | |
| 130. Baron Sm. Cap Fund | D | Dividend | M | T | | | | | |
| 131. Blackrock Equity Div Fund | B | Dividend | | | Sold | 10/09/15 | M | D | |
| 132. JP Morgan Value Advantage Fund | B | Dividend | M | T | Buy | 10/09/15 | M | | |
| 133. Legg Mason Short Dur. Muni Fund | B | Dividend | M | T | | | | | |
| 134. MFS International Value R5 Fund | B | Dividend | L | T | | | | | |
| 135. MFS Mass Inv. Grade A Fund | B | Dividend | | | Sold | 10/09/15 | M | D | |
| 136. Prudential Jennison Fund | B | Dividend | M | T | Buy | 10/09/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 20

**Name of Person Reporting**

Cooper, Christopher R.

**Date of Report**

09/26/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Vanguard Inst. Index Fund | C | Dividend | M | T | | | | | |
| 138.  Vanguard Sm. Cap Index Signal Fund | A | Dividend | L | T | | | | | |
| 139.  Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 140.  Columbia Small Cap Growth I Fund | A | Dividend | J | T | | | | | |
| 141.  Virtus Real Estate Sec. R6 Fund | A | Dividend | K | T | | | | | |
| 142.  Credit Suisse Fl. Rate High Income Fund | C | Int./Div. | L | T | | | | | |
| 143.  Credit Suisse Mid Term Senior Notes | D | Int./Div. | | | Redeemed | 04/10/15 | M | A | |
| 144.  Cullen Emrgng Mrkts High Div Fund | D | Dividend | N | T | Buy | 02/25/15 | M | | |
| 145.  Cullen Emrgng Mrkts High Div Fund | D | Dividend | N | T | Sold (part) | 04/30/15 | J | A | |
| 146.  Cullen Emrgng Mrkts High Div Fund | D | Dividend | N | T | Buy (add'l) | 07/01/15 | J | | |
| 147.  Cullen Emrgng Mrkts High Div Fund | D | Dividend | N | T | Buy (add'l) | 07/28/15 | L | | |
| 148.  Cullen Emrgng Mrkts High Div Fund | D | Dividend | N | T | Buy (add'l) | 10/01/15 | L | | |
| 149.  Cullen Emrgng Mrkts High Div Fund | D | Dividend | N | T | Buy (add'l) | 10/05/15 | J | | |
| 150.  Cullen International. High Dividend Fund | C | Dividend | M | T | Sold (part) | 04/30/15 | J | A | |
| 151.  Cullen International. High Dividend Fund | C | Dividend | M | T | Buy (add'l) | 07/01/15 | K | | |
| 152.  Cullen International. High Dividend Fund | C | Dividend | M | T | Buy (add'l) | 10/05/15 | J | | |
| 153.  Deutsche Managed Muni Bond Fund | A | Dividend | M | T | Sold (part) | 01/28/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Deutsche Managed Muni Bond Fund | A | Dividend | M | T | Sold (part) | 04/29/15 | J | A | |
| 155. Deutsche Managed Muni Bond Fund | A | Dividend | M | T | Buy (add'l) | 09/02/15 | K | | |
| 156. Deutsche Managed Muni Bond Fund | A | Dividend | M | T | Buy (add'l) | 10/05/15 | J | | |
| 157. Federated Ultra Short Bond Fund | A | Dividend | M | T | Buy | 05/28/15 | M | | |
| 158. Federated Ultra Short Bond Fund | A | Dividend | M | T | Buy (add'l) | 07/01/15 | K | | |
| 159. Federated Ultra Short Bond Fund | A | Dividend | M | T | Buy (add'l) | 07/28/15 | K | | |
| 160. Federated Ultra Short Bond Fund | A | Dividend | M | T | Sold (part) | 08/31/15 | K | A | |
| 161. Federated Ultra Short Bond Fund | A | Dividend | M | T | Sold (part) | 09/30/15 | L | A | |
| 162. Federated Ultra Short Bond Fund | A | Dividend | M | T | Buy (add'l) | 10/05/15 | J | | |
| 163. Federated Ultra Short Bond Fund | A | Dividend | M | T | Sold (part) | 11/20/15 | L | A | |
| 164. Gotham Absolute Rtn Fund | | None | | | Buy | 01/28/15 | M | | |
| 165. Gotham Absolute Rtn Fund | | None | | | Sold (part) | 04/29/15 | J | A | |
| 166. Gotham Absolute Rtn Fund | | None | | | Sold | 05/27/15 | M | A | |
| 167. Guggenheim Macro Oppy. Fund | A | Dividend | M | T | Sold (part) | 04/29/15 | J | A | |
| 168. Guggenheim Macro Oppy. Fund | A | Dividend | M | T | Buy (add'l) | 07/01/15 | J | | |
| 169. Guggenheim Macro Oppy. Fund | A | Dividend | M | T | Buy (add'l) | 10/05/15 | J | | |
| 170. iShares MSCI EMU ETF | | None | | | Sold | 01/27/15 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. iShares TR Currency Hedged MSCI Eurozone Fund | B | Dividend | M | T | Buy | 07/06/15 | J | | |
| 172. iShares TR Currency Hedged MSCI Eurozone Fund | B | Dividend | M | T | Buy (add'l) | 07/30/15 | M | | |
| 173. iShares TR Currency Hedged MSCI Eurozone Fund | B | Dividend | M | T | Sold (part) | 10/05/15 | K | A | |
| 174. iShares TR Currency Hedged MSCI Eurozone Fund | B | Dividend | M | T | Buy (add'l) | 10/07/15 | J | | |
| 175. iShares TR JP Morgan Emrgng Mrks ETF | | None | | | Buy | 01/30/15 | K | | |
| 176. iShares TR JP Morgan Emrgng Mrks ETF | | None | | | Buy (add'l) | 02/27/15 | L | | |
| 177. iShares TR JP Morgan Emrgng Mrks ETF | | None | | | Buy (add'l) | 07/06/15 | J | | |
| 178. iShares TR JP Morgan Emrgng Mrks ETF | | None | | | Sold | 08/28/15 | L | A | |
| 179. Jo Hambro Intl. Fund | C | Dividend | M | T | Sold (part) | 04/29/15 | J | B | |
| 180. Jo Hambro Intl. Fund | C | Dividend | M | T | Buy (add'l) | 07/01/15 | J | | |
| 181. Jo Hambro Intl. Fund | C | Dividend | M | T | Buy (add'l) | 10/05/15 | J | | |
| 182. Lazard Emerging Markets Equity Fund | A | Dividend | K | T | | | | | |
| 183. Manor Growth Fund | D | Dividend | M | T | Sold (part) | 04/29/15 | J | A | |
| 184. Manor Growth Fund | D | Dividend | M | T | Buy (add'l) | 07/01/15 | J | | |
| 185. Manor Growth Fund | D | Dividend | M | T | Buy (add'l) | 10/05/15 | J | | |
| 186. Market Vectors Inter. Muni. Index ETF | | None | | | Sold (part) | 01/27/15 | L | A | |
| 187. Market Vectors Inter. Muni. Index ETF | | None | | | Sold | 02/27/15 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Market Vectors Lehman Bros. High Yield ETF | A | Interest | K | T | Buy | 01/30/15 | K | | |
| 189. Metropolitan West Tot. Return Bond Fund | | None | K | T | Buy (add'l) | 07/01/15 | K | | |
| 190. Metropolitan West Tot. Return Bond Fund | | None | K | T | Buy (add'l) | 10/05/15 | J | | |
| 191. Morgan Stanley Mid Cap Growth Fund | A | Dividend | | | Sold | 11/12/15 | K | A | |
| 192. Janus Enterprise N | A | Dividend | K | T | Buy | 11/12/15 | K | | |
| 193. Oppenheimer Developing Mrkts. Fund | | None | | | Buy (add'l) | 07/01/15 | J | | |
| 194. Oppenheimer Developing Mrkts. Fund | | None | | | Sold | 07/27/15 | L | D | |
| 195. Powershares DB Dollar Index ETF | | None | | | Sold | 01/30/15 | K | C | |
| 196. Powershares Dynamic Buyback ETF | | None | | | Sold | 01/27/15 | L | D | |
| 197. Powershares Global Exch. High Yield ETF | | None | | | Buy | 01/30/15 | J | | |
| 198. Powershares Global Exch. High Yield ETF | | None | | | Sold (part) | 07/06/15 | J | A | |
| 199. Powershares Global Exch. High Yield ETF | | None | | | Sold | 09/02/15 | J | A | |
| 200. Principal High Yield Class I | | None | K | T | Buy | 09/02/15 | K | | |
| 201. Principal High Yield Class I | | None | K | T | Buy (add'l) | 10/05/15 | J | | |
| 202. Principal High Yield Class I | | None | K | T | Sold (part) | 11/24/15 | K | A | |
| 203. Schooner Fund | | None | | | Sold | 01/27/15 | M | A | |
| 204. Select Sector Consumer Discretionary SPDR Fund | | None | | | Buy | 01/30/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Select Sector Consumer Discretionary SPDR Fund | | None | | | Buy (add'l) | 07/06/15 | J | | |
| 206. Select Sector Consumer Discretionary SPDR Fund | | None | | | Buy (add'l) | 10/07/15 | J | | |
| 207. Select Sector Consumer Discretionary SPDR Fund | | None | | | Sold | 11/10/15 | M | D | |
| 208. SPDR Financial ETF | | None | | | Buy (add'l) | 01/30/15 | K | | |
| 209. SPDR Financial ETF | | None | | | Buy (add'l) | 07/06/15 | J | | |
| 210. SPDR Financial ETF | | None | | | Buy (add'l) | 10/07/15 | J | | |
| 211. SPDR Financial ETF | | None | | | Sold | 11/10/15 | L | A | |
| 212. SPDR Technology ETF | | None | | | Sold | 01/27/15 | K | B | |
| 213. SPDR S&P Emerging Markets Asia Pacific ETF | | None | | | Buy (add'l) | 07/06/15 | J | | |
| 214. SPDR S&P Emerging Markets Asia Pacific ETF | | None | | | Sold | 07/27/15 | K | B | |
| 215. SSGA Active GSO Sr. Loan ETF | | None | | | Sold | 01/30/15 | K | A | |
| 216. T Rowe Price Global Technology Fund | D | Dividend | M | T | Buy | 01/28/15 | M | | |
| 217. T Rowe Price Global Technology Fund | D | Dividend | M | T | Sold (part) | 05/28/15 | J | A | |
| 218. T Rowe Price Global Technology Fund | D | Dividend | M | T | Buy (add'l) | 07/01/15 | J | | |
| 219. T Rowe Price Global Technology Fund | D | Dividend | M | T | Buy (add'l) | 10/05/15 | J | | |
| 220. Transamerica Emrgng Mrkts Debt Fund | A | Dividend | L | T | Buy | 11/25/15 | L | | |
| 221. UBS E-TRACS Alerian MLP Index ETN | D | Dividend | L | T | Buy | 05/04/15 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. UBS E-TRACS Alerian MLP Index ETN | D | Dividend | L | T | Buy (add'l) | 07/06/15 | J | | |
| 223. UBS E-TRACS Alerian MLP Index ETN | D | Dividend | L | T | Buy (add'l) | 10/07/15 | J | | |
| 224. UBS E-TRACS Alerian MLP Index ETN | D | Dividend | L | T | Sold (part) | 12/22/15 | K | A | |
| 225. Vanguard Int. Term Corp. Bond ETF | | None | | | Sold | 02/27/15 | K | A | |
| 226. Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Sold (part) | 04/29/15 | M | D | |
| 227. Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Buy (add'l) | 07/06/15 | K | | |
| 228. Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Sold (part) | 07/27/15 | L | A | |
| 229. Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Buy (add'l) | 10/07/15 | J | | |
| 230. Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Buy (add'l) | 12/28/15 | K | | |
| 231. Wisdom Tree Japan Hedged Equity Fund | B | Dividend | L | T | Sold (part) | 01/27/15 | J | A | |
| 232. Wisdom Tree Japan Hedged Equity Fund | B | Dividend | L | T | Buy (add'l) | 07/06/15 | J | | |
| 233. Wisdom Tree Japan Hedged Equity Fund | B | Dividend | L | T | Buy (add'l) | 10/07/15 | J | | |
| 234. AllianceBernstein CBF-Age-Based Agg Grth 1999-2001 | | None | L | T | | | | | |
| 235. DC College Savings Plan – Calvert Equity Portfolio | | None | K | T | | | | | |
| 236. DC College Savings Plan – Calvert Balanced Portfolio | | None | J | T | | | | | |
| 237. DC College Savings Plan – State Street Equity 500 Index | | None | K | T | | | | | |
| 238. Christian Benevolent Funeral Home stock | D | Distribution | O | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Commonwealth National Bank stock | | None | L | W | | | | | |
| 240. 1208 Broad Street LLC (LLC interest) | D | Distribution | L | W | | | | | |
| 241. Career Core, Inc. | | None | L | W | | | | | |
| 242. TriPoint Capital Partners (partnership interest) | C | Distribution | K | W | | | | | |
| 243. (Y) Rental Property #1 -- Washington, DC (see Part VIII) | | | | | | | | | |
| 244. Covington & Burling Pention Plan | | None | | | Distributed | 03/31/15 | K | | |
| 245. NatWest Bank Current Account | | None | J | T | | | | | |
| 246. Wells Fargo Cash Management & Sweep Accounts | A | Interest | O | T | | | | | |
| 247. Dreyfus Cash Management Accounts | A | Interest | N | T | | | | | |
| 248. Pershing Money Market Account | A | Interest | K | T | | | | | |
| 249. Christian Benevolent Funeral Home -- note receivable | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 09/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, ln 243 -- rental propterty combined with primary residence property during reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Christopher R. Cooper

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544